RICHARD SHIPPING CORP. *v.* UNITED STATES

**No. 5098.**—Invoices dated Yokohama, Japan, October 16, November 11, 1935.
Entered at New York November 14, 30, 1935.
Entry Nos. 758832, 767323.

(Decided January 23, 1941)

*Jordan & Klingaman* for the plaintiff.
*Charles D. Lawrence,* Acting Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: The two appeals listed above have been submitted for decision upon a stipulation to the effect that the issue in this case

is the same as the issue in *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, and that the appraised value of certain items, less any additions made by the importer by reason of the so-called Japanese consumption tax, represents the export value of such merchandise, and the record in the above case has been admitted in evidence herein.

On the agreed facts, following the cited authority, I find and hold the proper dutiable export value of the items marked A and checked JWT on the invoices to be the value found by the appraiser, less any amount added by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.